IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2025 SEP 16 P 3:46

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:25cr532-MHT-SMD
) [18 U.S.C. § 1349;
ERIC SHULER and ) 18 U.S.C. § 1343;
KYARA IVELISSE ROSARIO-BERENGUER ) 18 U.S.C. § 1028A]
)
) INDICTMENT

The Grand Jury charges:

INTRODUCTION

1. Guardian Credit Union is a credit union with accounts insured by the National Credit Union Share Insurance Fund.

2. Guardian Credit Union account holders can withdraw funds from Automatic Teller Machines and Interactive Teller Machines (collectively "ATMs").

COUNT 1
(Conspiracy to Commit Bank and Wire Fraud)

3. The factual allegations contained in the preceding paragraphs are realleged and incorporated herein as if copied verbatim.

4. Beginning on an unknown date and continuing through September 2024, in the Middle District of Alabama, and elsewhere, the defendants,

ERIC SHULER and
KYARA IVELISSE ROSARIO-BERENGUER,

knowingly and willfully conspired, combined, and agreed with each other and others, known and unknown, to execute and attempt to execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purposes of executing that scheme, transmitted or caused to be transmitted wire communications in interstate commerce, in violation of Title 18, United States Code, Section 1343.

5. Beginning on an unknown date and continuing through on or about September 2024, in the Middle District of Alabama, and elsewhere, the defendants,

ERIC SHULER and
KYARA IVELISSE ROSARIO-BERENGUER,

knowingly and willfully conspired, combined, and agreed with each other and others, known and unknown, to execute and attempt to execute a scheme and artifice to defraud and to obtain money, funds, credits, assets, securities, or other property owned by, or under the control or custody of, a financial institution, by means of false or fraudulent pretenses, representations, or promises, in violation of Title 18, United States Code, Section 1344.

MANNER AND MEANS

It was part of the conspiracy that:

6. The purpose of the scheme and artifice was to obtain money for the defendants' personal benefit by false and fraudulent means from Guardian Credit Union account holders.

7. As part of the scheme and artifice to defraud, SHULER and ROSARIO-BERENGUER illegally obtained debit cards with the account information of Guardian Credit Union account holders loaded onto them.

8. SCHULER and ROSARIO-BERENGUER then used the cards without permission or authorization to obtain money from the Guardian Credit Union account holders at various Guardian Credit Union ATMs in and around Montgomery, Alabama.

9. For instance:

a. On or about September 1, 2024, at the Guardian Credit Union on Eastdale Circle in Montgomery, Alabama, SHULER made nine unauthorized withdrawals in the amount of $3241 from D.B.'s Guardian Credit Union Account ending in 9475.

b. On or about September 2, 2024, at the Guardian Credit Union on Congressman W.L. Dickinson Drive in Montgomery, Alabama, and elsewhere, ROSARIO-BERENGUER and SHULER made 138 unauthorized withdrawals in the amount of $190,250 from D.A.'s Guardian Credit Union Account ending in 0227.

c. Again, on or about September 2, 2024, at the Guardian Credit Union on East Main Street in Prattville, Alabama, SHULER made 13 unauthorized withdrawals in the amount of $9154 from C.W.'s Guardian Credit Union Account ending in 7013.

d. On or about September 8, 2024, at the Guardian Credit Union on Taylor Road in Montgomery, Alabama, SHULER made unauthorized withdrawals in the amount of $780 from M.O.'s Guardian Credit Union Account ending in 3043.

All in violation of Title 18, United States Code, Section 1349.

<u>COUNTS 2–5</u>
(Wire Fraud)

10. The factual allegations contained in the preceding paragraphs are realleged and incorporated herein as if copied verbatim.

11. Beginning on an unknown date and continuing through September 2024, in Montgomery County, within the Middle District of Alabama and elsewhere, the defendants,

ERIC SHULER and
KYARA IVELISSE ROSARIO-BERENGUER,

knowingly, willfully, and with intent to defraud, devised and intended to devise a scheme or artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing this scheme and artifice to defraud, transmitted or caused to be transmitted wire communications in interstate commerce, with each giving rise to a separate count:

| Count | On or About Date | Victim Initials | Amount | Last Four Digits of Card Number |
|---|---|---|---|---|
| 2 | 9/1/2024 at 3:44pm | D.B. | $750 | 9475 |
| 3 | 9/2/2024 at 3:44pm | D.A. | $1500 | 0227 |
| 4 | 9/2/2024 at 11:20am | C.W. | $750 | 7013 |
| 5 | 9/8/2024 at 10:36am | M.O. | $750 | 3043 |

All in violation of Title 18, United States Code, Section 1343.

COUNT 6
(Aggravated Identity Theft)

12. The factual allegations contained in the preceding paragraphs are realleged and incorporated herein as if copied verbatim.

13. On or about September 1, 2024, in Montgomery County in the Middle District of Alabama, the defendants,

ERIC SHULER and
KYARA IVELISSE ROSARIO-BERENGUER,

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, specifically the Guardian Credit Union account number of D.B., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: bank and wire fraud, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT 7
(Aggravated Identity Theft)

14. The factual allegations contained in the preceding paragraphs are realleged and incorporated herein as if copied verbatim.

15. On or about September 2, 2024, in Montgomery County in the Middle District of Alabama, the defendants,

ERIC SHULER and
KYARA IVELISSE ROSARIO-BERENGUER,

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, specifically the Guardian Credit Union account number of D.A., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: bank and wire fraud, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT 8
(Aggravated Identity Theft)

16. The factual allegations contained in the preceding paragraphs are realleged and incorporated herein as if copied verbatim.

17. On or about September 2, 2024, in Autauga County in the Middle District of Alabama, the defendants,

ERIC SHULER and
KYARA IVELISSE ROSARIO-BERENGUER,

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, specifically the Guardian Credit Union account number of C.W., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: bank and wire fraud, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT 9
(Aggravated Identity Theft)

18. The factual allegations contained in the preceding paragraphs are realleged and incorporated herein as if copied verbatim.

19. On or about September 8, 2024, in Montgomery County in the Middle District of Alabama, the defendants,

ERIC SHULER and
KYARA IVELISSE ROSARIO-BERENGUER,

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, specifically the Guardian Credit Union account number of M.O., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: bank and wire fraud, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

FORFEITURE ALLEGATION

A. The allegations contained in Counts 1-5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2).

B. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1343 and 1349, set forth in Counts 1-5 of this indictment, the defendants,

ERIC SHULER and
KYARA IVELISSE ROSARIO-BERENGUER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting, or derived from, proceeds the person obtained directly or indirectly from the offenses including but not limited to a forfeiture money judgment in the amount of $215,583.00, more or less.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(2).

A TRUE BILL:

[redacted]

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Joel Feil
Assistant United States Attorney

Russell T. Duraski
Assistant United States Attorney