IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25-cr-532-MHT-SMD |
| | ) | |
| ERIC SHULER | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America submits this sentencing memorandum pursuant to the Court's sentencing order. (Doc. 78). Pursuant to the parties' plea agreement and based on the facts and the law, the government recommends a term of imprisonment of 96 months.

The defendant was charged in a nine-count indictment with conspiracy to commit bank and wire fraud, wire fraud, and aggravated identity theft. He pleaded guilty pursuant to a Rule 11(c)(1)(B) plea agreement to counts one (conspiracy to commit bank and wire fraud) and seven (aggravated identity theft). Doc. 70.

The facts of the case are well-set out in Probation's unobjected-to Presentence Investigative Report ("PSR"). The defendant and his co-defendant, Kyara Ivelisse Rosario-Berenguer, stole money from numerous Guardian Credit Union Accounts using counterfeit debit cards containing the identities of victims. PSR at ¶ 10, 22. In total, the defendants stole $214,757 from 21 individual victims. *Id.* at 22.

The scheme was only stopped when Shuler and Rosario-Berenguer's vehicle was seen at a bank on Main Street in Prattville. *Id.* at 13. When a Prattville Police Officer responded, he saw Shuler standing by an ATM. He directed Shuler not to get into the vehicle and the female driver (co-defendant Rosario-Berenguer) not to leave. *Id.* Instead, Shuler got in the vehicle, swapped places with Rosario-Berenguer, and took off. *Id.*

During the pursuit, Shuler maneuvered around numerous vehicles, drove on the wrong side of the road, ran red lights, weaved through traffic at 100 mph on a highway, and reached 140 mph on the interstate. *Id.* at 14. The pursuit stopped only when Shuler's vehicle collided with a barrier on the Perry Hill Road exit of I-85. *Id.* Then, instead of complying, Shuler resisted arrest, wrestling a state trooper over the trooper's taser and striking an officer in the side of the face with a closed fist. *Id.*

Probation has correctly calculated the guidelines in this case. The base offense level is 7 under USSG §§ 2X1.1 and 2B1.1(a)(1). PSR at ¶ 27. Because the total loss was between $150,000 and $250,000, ten levels are added under USSG § 2B1.1(b)(1)(F). PSR at ¶ 28. Because there were 10 or more victims, two levels were added under USSG § 2B1.1(b)(2)(A)(i) and two further levels were added for the use of an authentication feature. PSR at ¶¶ 29–30. An additional two points were added under USSG § 3C1.2 because the defendant recklessly created a substantial risk of death or serious bodily injury by fleeing from law enforcement. PSR at ¶ 33. After three levels off for acceptance of responsibility the total offense level is 20. *Id.* at ¶ 37.

The defendant has an extensive criminal history. This history involves a pattern of theft, identity theft, and fraud. *Id.* at ¶¶ 43–50. Most troublingly, while on bond for this case, the defendant committed further credit card fraud and identity theft in Connecticut on March 3, 2026 and February 24, 2026. *Id.* at ¶¶ 55–56.

Based on a total offense level of 20 and a criminal history category of V, the guideline imprisonment range is 63 to 78 months, plus 24 months consecutive for Count 7. The government submits this case deserves a serious sentence, given his extensive criminal history and repeated pattern of criminal conduct, the seriousness of this offense, including the danger Shuler placed himself, law enforcement, and innocent bystanders in by fleeing in a dangerous manner as well as

resisting arrest. Given the sentencing factors at 18 U.S.C. § 3553(a), the government submits that a sentence of 72 months, plus 24 months consecutive for Count 7, for a total of 96 months total, is appropriate in this case.

Respectfully submitted this 5th day of August, 2026.

THOMAS GOVAN
UNITED STATES ATTORNEY

/s/ Joel Feil
Joel Feil
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
E-mail: Joel.feil4@usdoj.gov
Phone: 334-223-7280

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25-cr-532-MHT-SMD |
| | ) | |
| ERIC SHULER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel on record.

Respectfully submitted,

/s/ Joel Feil
Joel Feil
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
E-mail: Joel.feil4@usdoj.gov
Phone: 334-223-7280